U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2014 MAY -1 PM 4:10

BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

UNITED STATES OF AMERICA )
)
) Criminal No. 2:14-cr-58
)
JOHN PILCHER, )
)
Defendant. )

## INDICTMENT

### Count 1

The grand jury charges:

On or about February 21, 2014, in the District of Vermont, the defendant, JOHN PILCHER, knowingly possessed at least one matter that contained a visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce, where the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and the visual depiction is of such conduct.

(18 U.S.C. § 2252(a)(4)(B))

A TRUE BILL

*Tristram J. Coffin*
TRISTRAM J. COFFIN
United States Attorney
Burlington, Vermont
May 1, 2014