UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>          v.<br><br>JOHN PILCHER,<br><br>     Defendant. | Docket No. 5:14-CR-00058-001 |

SATISFACTION OF JUDGMENT AS TO MONETARY IMPOSITION

The assessment, fine, and/or restitution imposed by the Court in the above-entitled case having been paid or otherwise settled through compromise, the Clerk of the United States District Court for the District of Vermont is hereby authorized and empowered to satisfy the judgment as to the monetary imposition only.

Dated at Burlington, in the District of Vermont, this 11th day of May, 2016.

UNITED STATES OF AMERICA

ERIC S. MILLER
United States Attorney

By: /s/ Melissa A. D. Ranaldo
MELISSA A. D. RANALDO
Assistant U.S. Attorney
United States Attorney's Office
P.O. Box 570
Burlington, VT   05402
(802) 951-6725
Melissa.Ranaldo@usdoj.gov

Judgment Dated: March 22, 2016

CERTIFICATE OF SERVICE

     I, Diane Barcomb, Paralegal Specialist for the U.S. Attorney's Office for the District of Vermont, do hereby certify that a copy of the SATISFACTION OF JUDGMENT AS TO MONETARY IMPOSITION was mailed by first class mail, postage prepaid on this 11th day of May, 2016 to the following address:

Robert W. Katims, Esq.
Hoff Curtis
100 Main Street
Burlington, VT 05403

     Dated at Burlington, in the District of Vermont, this 11th day of May, 2016.

                                      */s/ Diane Barcomb*
                                      DIANE BARCOMB
                                      Paralegal Specialist
                                      U.S. Attorney's Office
                                      P.O. Box 570
                                      Burlington, VT 05402
                                      Diane.Barcomb@usdoj.gov